# Exhibit A

Date: 6/20/, 2005

## Authorization

I am Ali Mohammed Saleh al-Salahi, and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my Brother, who is a prisoner being held in Guantanamo Bay, and whose name is Saeed Mohammed Saleh Hatim (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of Yemeni.

_Ali Mohammed Saleh al-Salahi_
Next Friend

Witnessed: _Ali alsalahi_

Print Name: _Tina Foster_

DATe: April -2004

## Authorization

I am acting as next frind for my _brother_ whose name is _Said Mohammed saleh hatim_. And who is being hled at Cuantanamo Bay. I hercby authorize Mohammed Naji ALLawo, Najeeb Bin Mohammed AL- nauimi and clive Stafford Smith (of gustice in Exile), Michael ratner and the Canter for Constitutional Righs, and any person assigned by these Lawyers, to ect on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whetever redrass they believe to be in his best interests, in the courts of the united States, and in any other legal forum available.

Name: _ali mohammed saleh hatim al-salahi_    _/s/ al-salahi_

Witnessed:

print Name: _____    _/s/ al-salahi_