# Exhibit B

Date: 6/20, 2005

## Authorization

I am Fatima Nasser Yahia ABdullah Khussrof ع‍م‍ر ي‍ح‍ي‍ى ع‍ب‍د ال‍ل‍ه خ‍س‍روف, and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my Brother, who is a prisoner being held in Guantanamo Bay, and whose name is ع‍م‍ر ي‍ح‍ي‍ى ع‍ب‍د ال‍ل‍ه خ‍س‍روف (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of Yemeni.

_Fatima Nasser Yahia ABdullah Khessrof_
Next Friend

Witnessed: _[signature]_

_Tim Foster_
Print Name: