# CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Petition for Writ of Habeas Corpus and a Local Rule 405 Related-Case Notification to be served this 20th day of July 2005, by registered mail on:

The Honorable Alberto R. Gonzales
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530;

The Honorable Donald Rumsfeld,
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000;

Army Brigadier General Jay Hood
Commander, Joint Task Force–GTMO
JTF-GTMO
APO AE 09360; and

Army Col. Brice Gyurisko,
Commander, Joint Detention Operations Group – JTF-GTMO
JTF-GTMO
APO AE 09360

I further certify that I have caused a copy of the foregoing Petition for Writ of Habeas Corpus and a Local Rule 405 Related-Case Notification to be served this same day by hand on:

The Honorable Kenneth L. Wainstein
Interim United States Attorney for the District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

_____
David H. Remes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401