IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.*,<br>    Petitioners,<br><br>    *v.*<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>    Respondents. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-1429 (___)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Petitioners Saeed Mohammed Saleh Hatim and Mohammed Nasser Yahia Abdullah Khussrof move for the entry of the Amended Protective Order (Ex. A), "Protected Information" Order (Ex. B) and Supplemental Filing Procedures Order (Ex. C) (together, the "Protective Order"), previously entered by Judge Joyce Hens Green in *Abdah v. Bush,* 04-CV-1254 (HHK) and the other coordinated Guantánamo detainee cases.  Because the Government will not allow privileged communications between counsel and Petitioners until the Protective Order is entered, and counsel intend to meet with Petitioners at Guantánamo Bay on August 2, Petitioners respectfully ask that the Protective Order be entered promptly.  Counsel for Respondents have indicated their consent to this Motion.

This Motion is made without prejudice to Petitioners' right to challenge or seek modification of any particular terms of the Protective Order in the future.

Dated:  Washington, D.C.

July 25, 2005

Respectfully submitted,

COVINGTON & BURLING

- 2 -

By:       /s/
David H. Remes
D.C. Bar No. 370782
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel: (202) 662-5212
Fax: (202) 778-5212

Marc D. Falkoff
D.C. Bar No. 491149
1330 Avenue of the Americas
New York, New York 10019
Tel: (212) 841-1166
Fax: (646) 441-9166

- 2 -