# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, <br>     Petitioners, <br><br> v. <br><br> **GEORGE W. BUSH**, President of the United States, *et al.*, <br>     Respondents. | Civil Action No. 05-1429 (___) |

## [PROPOSED] ORDER

Having considered Petitioners' Consent Motion for Entry of Protective Order, it is this ___ day of _____, 2005, hereby

**ORDERED,** that Petitioners' Consent Motion for Entry of Protective Order is **GRANTED.**

Dated: _____

                                                                                                                      _____ <br>
                                                                                                                   United States District Judge