CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAEED MOHAMMED SALEH HATIM, et al. ) ) ) ) Plaintiff ) ) ) v. ) ) ) ) GEORGE W. BUSH, et al. ) ) ) Defendant ) | Civil Case Number 05-1429 (RMU) Category    G |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 27, 2005</u> from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Ricardo M. Urbina</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE GLADYS KESSLER</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Kennedy & Courtroom Deputy
     Judge Urbina & Courtroom Deputy
     Chair, Calendar and Case Management Committee
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk ✓
     Statistical Clerk