UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.*, | : : : | | |
| Petitioners/ Plaintiffs, | : : : | | |
| v. | : : | Civil Action No.: | 05-1429 (RMU) |
| GEORGE W. BUSH *et al.*, | : : | Document Nos.: | 3 |
| Respondents/ Defendants | : : | | |

## ORDER

Upon consideration of the petitioner's consent motion for entry of a protective order, it is this 28th day of July, 2005

**ORDERED** that the motion is granted. The court **ENTERS** by way of reference the protective ordered previously entered in the other Guantanamo detainee cases. *E.g.*, Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, *In re Guantanamo Detainee Cases*, No. 02-0299 (D.D.C. Oct. 8, 2004).

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge