IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.*,<br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br>    Respondents. | Civil Action No. 05-01429 (RMU) |

**NOTICE OF FILING AND SUMMARY OF MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS OR ORDER TO SHOW CAUSE AND MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on August 1, 2005, copies of two motions were left with Christine Gunning, Court Security Officer, for clearance for public filing.

The first motion seeks issuance of a writ of habeas corpus or in the alternative an order to show cause why the writ should not be granted. The second motion seeks a preliminary injunction and temporary restraining order requiring Respondents to provide 30-days' notice to counsel for Petitioners and the Court before Petitioners are transferred from the Guantánamo Bay detention camp.

The Motions will be filed via the Electronic Case Filing system when they have been cleared by the Court Security Officer.

Dated: Washington, D.C.
       August 1, 2005

                                    Respectfully submitted,

                                    COVINGTON & BURLING

                                                /s/
                                  _____
                                  David H. Remes
                                  D.C. Bar No. 370782
                                  1201 Pennsylvania Ave. NW
                                  Washington, DC 20004
                                  202-662-5212 (tel)
                                  202-778-5212 (fax)

                                  Marc D. Falkoff
                                  D.C. Bar. No. 491149
                                  1330 Avenue of the Americas
                                  New York, NY 10019
                                  212-841-1166 (tel)
                                  646-441-9166 (fax)