IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.* <br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-01429 (RMU) |

**[PROPOSED] ORDER**

Having considered Petitioner's Motion and Memorandum in Support of Motion For Writ of Habeas Corpus or Order to Show Cause, it is this ___ day of _____, 2005, hereby

**ORDERED,** that Respondent, by August 30, 2005, shall file with the Court and serve on Petitioners' counsel returns showing why the Writ of Habeas Corpus sought by Petitioners should not be granted.

_____
United States District Judge