*CLEARED FOR PUBLIC FILING
BY COURT SECURITY OFFICER*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*,<br>    Petitioners,<br><br>*v.*<br><br>**GEORGE W. BUSH, President of the United States**, *et al.*,<br>    Respondents. | Civil Action No. 05-01429 (RMU) |

### MOTION AND MEMORANDUM IN SUPPORT OF MOTION
### FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Petitioners Saeed Mohammed Saleh Hatim and Mohammed Nasser Yahia Abdullah Khussrof, prisoners of the United States held at Guantánamo, respectfully move for a temporary restraining order and preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the All Writs Act, 28 U.S.C. § 1651, requiring Respondents to provide counsel for the Petitioners and the Court with 30-days' advance notice of any intended transfer of Mr. Hatim or Mr. Khussrof from Guantánamo Bay Naval Base in Cuba.

On information and belief, Respondents have contemplated removing detainees – including potentially Mr. Hatim and Mr. Khussrof – from Guantánamo to foreign territories for torture or indefinite detention without due process of law. Petitioners ask that their counsel be given advance notice of any transfer to enable counsel the opportunity to contest their removal from Guantánamo and to preserve the jurisdiction of the Court in this matter. This relief has been granted in several other Guantánamo detainee cases. *See, e.g., Abdah v. Bush,* 04-CV-1254 (HHK) (March 29, 2005) (Ex. A), and *Al-Mohammed v. Bush,* 05-CV-0247 (March 30, 2005) (Ex. B). Similar relief has been provided by this Court through the vehicle of a stay in *Al-Hela v.*

*Bush*, 05-CV-01048 (D.D.C. June 3, 2005) (Ex. C). For purposes of the instant motion, Petitioners are identically situated to the detainees in each of these other cases.

Because Respondents have refused to assure counsel that Mr. Hatim and Mr. Khussrof will not be removed from Guantánamo pending disposition of the instant motion for a preliminary injunction, Petitioners also move under Rule 65(b) for a temporary restraining order barring their removal from Guantánamo until this Court has ruled on their motion for a preliminary injunction.

WHEREFORE, Petitioners respectfully request that Respondents be ordered to provide counsel for the Petitioners and the Court with 30-days' advance notice of any intended transfer of Mr. Hatim or Mr. Khussrof from Guantánamo.

Dated: Washington, D.C.
      August 1, 2005

Respectfully submitted,

COVINGTON & BURLING

By:        /s/
David H. Remes
D.C. Bar No. 370782
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-5212
Fax: (202) 778-5212

Marc D. Falkoff
D.C. Bar No. 491149
1330 Avenue of the Americas
New York, NY 10019
Tel: (212) 841-1166
Fax: (646) 441-9166