**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                            )
                                                            )
**SAEED MOHAMMED SALEH**                )
**HATIM,** *et al.*                                   )
      **Petitioners,**                            )
                                                            )          **Civil Action No. 05-01429 (RMU)**
      *v.*                                          )
                                                            )
**GEORGE W. BUSH,** *et al.*,                )
**Respondents.**                                   )
                                                            )
_____)

**[PROPOSED] ORDER**

      Having considered Petitioners' Motion and Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction, it is this __ day of _____, 2005 hereby

      **ORDERED**, that Petitioners' motion for a preliminary injunction and temporary restraining order is GRANTED; and it is further

      **ORDERED**, that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove Petitioners from Guantánamo unless the Court and counsel receive 30-days' advance notice of such removal; and it is further

      **ORDERED**, that this order shall remain in effect until the final resolution of Petitioners' habeas claims unless otherwise modified or dissolved.

                                                   _____
                                                 United States District Judge