IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*<br>　　Petitioners,<br><br>　　v.<br><br>**GEORGE W. BUSH**, *et al.*,<br>　　Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-01429 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, and Petitioners' Conditional Consent to Respondents' Motion to Stay Proceedings and Reply to Respondents' Opposition to Motion For Writ of Habeas Corpus or Order to Show Cause, it is this __ day of _____, 2005,

**ORDERED** that the Respondents shall show cause by August 30, 2005 why the writ should not be granted; and it is further

**ORDERED** that Respondents' motion for stay is GRANTED; and it is further

**ORDERED** that the Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove Petitioners from Guantánamo unless the Court and counsel receive 30-days' advance notice of such removal; and it is further

**ORDERED** that Petitioners may seek such additional emergency relief from this Court as necessary.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge