**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAEED MOHAMMED SALEH
HATIM, *et al.*,

      Petitioners,

   v.

GEORGE W. BUSH, *et al.*,

      Respondents.

Civil Action No. 05-CV-1429 (RMU)

**RESPONDENTS' MEMORANDUM IN OPPOSITION TO PETITIONERS' MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Respondents hereby respond to petitioners' motion for a temporary restraining order and

preliminary injunction requiring respondents to provide the Court and petitioners' counsel with

30-days' advance notice of any intended transfer of petitioners from the Guantanamo Bay Naval

Base.  While respondents recognize that this Court has issued orders in other Guantanamo

detainee habeas cases requiring advance notice of transfer of petitioners in those cases, see, e.g.,

Al Hela v. Bush, Civ. A. No. 05-1048 (RMU) (Memorandum Order; June 3, 2005; dkt. no. 12),

respondents respectfully continue to oppose such relief in this case on the basis of the arguments

expressed in respondents' Memorandum in Opposition to Petitioners' Motion for Temporary

Restraining Order and Preliminary Injunction Requiring Advance Notice of Any Intended

Removal of Petitioner from Guantanamo, filed in Al Hela v. Bush on June 3, 2005 (dkt. no. 10).

The memorandum, and its accompanying declarations, are attached hereto as Exhibits 1-3, and

are incorporated herein by reference.

For these reasons, respondents respectfully request that petitioners' motion for a

temporary restraining order and preliminary injunction be denied.

Dated: August 8, 2005                    Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         KENNETH L. WAINSTEIN
                                         United States Attorney

                                         DOUGLAS N. LETTER
                                         Terrorism Litigation Counsel

                                            /s/ Andrew I. Warden
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         TERRY M. HENRY
                                         JAMES J. SCHWARTZ
                                         PREEYA M. NORONHA
                                         ROBERT J. KATERBERG
                                         ANDREW I. WARDEN (IN Bar No. 23840-49)
                                         NICHOLAS J. PATTERSON
                                         EDWARD H. WHITE

                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Ave., N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-4107
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents