IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH MOHAMMED SALEH HATIM, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE WALKER BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1429 (RMU) |

**RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE AS TO PETITIONER SAEED MOHAMMED SALEH HATIM**

COME NOW Respondents, by and through their undersigned counsel, and respectfully request that the Court grant them a one-week extension of time, through and including September 6, 2005, in which to respond to the Court's order to show cause why the writ should not be granted as to petitioner Saeed Mohammed Saleh Hatim. Respondents will respond to the Court's order to show cause as to the other petitioner in this case, Mohammed Nasser Yahia Abdullah Khussrof, by August 29, 2005, as ordered. Counsel for petitioner and respondents have conferred by telephone, and petitioner's counsel does not oppose the relief requested herein. As grounds for this unopposed motion, respondents state as follows:

    1.    This case is a petition for a writ of habeas corpus filed on behalf of two aliens detained at Guantanamo Bay as enemy combatants, and is one of over 145 such cases brought on behalf of alien enemy combatants held at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

2.     On July 29, 2005, respondents filed a motion to stay proceedings in this case pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005) (dkt. no. 7).

3.     On August 1, 2005, petitioners filed a motion for order to show cause, in which they requested factual returns pertaining to petitioners by August 30, 2005 (dkt. nos. 10, 11). In support of their motion, petitioners stated:

> As part of their trial preparation, counsel for Petitioners anticipate visiting Guantanamo during the first week of September. It would greatly help counsel to have the returns – and greatly prejudice counsel not to have the returns – by the time they leave for Guantanamo, so they can ask informed questions of Petitioners based on the information in the returns.

Pet's Mot. for Order to Show Cause at 1.

4.     On August 22, 2005, the Court granted respondents' motion to stay, but also granted petitioners' motion for an order to show cause and ordered respondents to show cause why the writ should not be granted (i.e., submission of factual returns pertaining to petitioners) by August 29, 2005 (dkt. no. 16).

5.     Counsel for petitioners have scheduled a visit to Guantanamo Bay from September 1-3, 2005, during which time they will meet with petitioner Mohammed Nasser Yahia Abdullah Khussrof. Counsel have not scheduled a meeting with petitioner Saeed Mohammed Saleh Hatim during the September 1-3, 2005 visit. Counsel have requested to next meet with

petitioner Hatim during another visit to Guantanamo Bay, to be scheduled during the week of September 12, 2005, at the earliest.

6. Respondents respectfully request that they be granted a one-week extension of time, until and including September 6, 2005, to submit a factual return pertaining to petitioner Hatim. As explained in respondents' motion to stay, the preparation and submission of factual returns is a labor-intensive process. Each factual return must be obtained from the Department of Defense ("DoD"), and then reviewed by agencies who provided source information to DoD to ensure that information disclosed to counsel in the returns is in accordance with all applicable statutes, regulations and Executive Orders. Respondents must then prepare both public and classified versions of the factual returns for submission to the Court and counsel. Although respondents will expend their best efforts in order to comply with the Court's order to show cause as to petitioner Khussrof, respondents are unable to also meet the Court's deadline for submission of factual returns as to petitioner Hatim. Given that counsel will not be meeting with petitioner Hatim until the week of September 12, 2005, at the earliest, a one-week extension of time to respond to the Court's order to show cause as to petitioner Hatim will provide respondents with a reasonable opportunity to process and prepare the factual return pertaining to him, as well as provide counsel for petitioners the ability to review the factual return prior to meeting with petitioner Hatim.

WHEREFORE, for the reasons stated herein, respondents respectfully request that the Court grant them a one-week extension of time, through and including September 6, 2005, in which to respond to the Court's order to show cause why the writ should not be granted as to petitioner Saeed Mohammed Saleh Hatim. A proposed order is attached.

Dated: August 24, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　　/s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents