IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH MOHAMMED SALEH HATIM, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE WALKER BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-1429 (RMU) |

## **(PROPOSED) ORDER**

Having considered Respondents' Unopposed Motion for an Extension of Time to Respond to the Court's Order to Show Cause as to Petitioner Saeed Mohammed Saleh Hatim, it is hereby

ORDERED that Respondents' Unopposed Motion is GRANTED. Respondents shall submit a factual return pertaining to petitioner Saeed Mohammed Saleh Hatim on or before September 6, 2005.

Dated: _____     _____
RICARDO M. URBINA
United States District Judge