IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.*,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-CV-1429 (RMU) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Brice Gyurisko, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated August 22, 2005 (dkt. no. 16) prohibiting respondents from removing petitioners from Guantanamo Bay Naval Base unless the Court and counsel for petitioners receive thirty days' advance notice of such removal.

Dated: October 21, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ James Schwartz
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 616-8298
Fax: (202) 616-8460

Attorneys for Respondents

### CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2005, I caused the foregoing Notice of Appeal to be served on upon counsel listed below by electronic mail and Federal Express Overnight:

Marc D. Falkoff
COVINGTON & BURLING
1330 Avenue of the Americas
New York, NY 10019
(212) 841-1166
Fax: (646) 441-9166
Email: mfalkoff@cov.com


David H. Remes
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Suite 803E
Washington, DC 20004-2494
(202) 662-5212
Fax: (202) 778-5212
Email: dremes@cov.com


_____
JAMES J. SCHWARTZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents