## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | Civ. No. 1:05-CV-0345 <br> (JDB) (AK) |
| FAWZI AL ODAH, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | Civ. No. 1:02-CV-0828 <br> (CKK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | 05-CV-1048 (RMU) (AK) |

| | | |
|---|---|---|
| **SAEED MAHAMMED SALEH HATIM,** *et al.*, | ) ) ) ) | |
| *Petitioners,* | ) ) | **05-CV-1429 (RMU) (AK)** |
| v. | ) ) ) | |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,** | ) ) ) | |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV01490** |
| v. | ) ) ) | **(PLF)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

| | | |
|---|---|---|
| **MOHAMMED,** *et al.* | ) ) ) ) | |
| *Petitioners,* | ) ) | **Civ. No. 1:05CV02087** |
| v. | ) ) ) | **(RMC)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) ) ) | |
| *Respondents* | ) ) | |

2

| | |
|---|---|
| **NABIL,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01504**<br>**(RMC)(AK)** |
| **AL HAWARY,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01505**<br>**(RMC)(AK)** |
| **SAIB,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01353**<br>**(RMC)(AK)** |

3

|  |  |
|---|---|
| **SHAFIQ,** *et al.*<br><br>   *Petitioners,*<br><br> v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>   *Respondents* | **Civ. No. 1:05CV01506<br>(RMC)(AK)** |
| **HASSAN BIN ATTASH,** *et al.*<br><br>   *Petitioners,*<br><br> v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>   *Respondents* | **Civ. No. 1:05CV01592<br>(RCL)(AK)** |
| **ABDANNOUR SAMEUR,** *et al.*<br><br>   *Petitioners,*<br><br> v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>   *Respondents* | **Civ. No. 1:05CV01806<br>(CKK)(AK)** |

## NOTICE OF WITHDRAWAL OF FILING

Petitioners in the above-captioned cases hereby withdraw their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order** in light of new information of the existence of a Response to Petitioners' Motion that was never served on Petitioners.

Dated:   April 10, 2006

                                          Respectfully submitted,

                                          Counsel for Petitioners:

                                             /s/ Anant Raut
                                        David R. Berz (DC 182105)
                                        David A. Hickerson (DC 414723)
                                        Anant Raut (DC 490211)
                                        WEIL GOTSHAL & MANGES LLP
                                        1300 Eye Street, NW
                                        Suite 900
                                        Washington, D.C.   20005
                                        Tel: (202) 682-7000
                                        Fax: (202) 857-0939

| | |
|---|---|
| /s/ Kristine Huskey | /s/ Randall T. Coyne |
| Thomas B. Wilner, D.C. Bar # 173807 | Randall T. Coyne |
| Neil H. Koslowe, D.C. Bar # 361792 | University of Oklahoma College of Law |
| Kristine A. Huskey, D.C. Bar #462979 | Andrew Coats Hall |
| Amanda E. Shafer | 300 Timberdell Road |
| SHEARMAN & STERLING LLP | Norman, OK   73019 |
| 801 Pennsylvania Avenue, N.W. | Tel: (405) 325-4646 |
| Washington, D.C.   20004 | Fax: (405) 325-0389 |
| Tel: (202) 508-8000 | |
| Fax: (202) 508-8100 | Thomas R. Brett |
| | Craig Hoster |
| /s/ David H. Remes | Larry D. Ottaway |
| David H. Remes, D.C. Bar # 370782 | CROWE & DUNLEVY |
| COVINGTON & BURLING | 500 Kennedy Building |
| 1201 Pennsylvania Avenue, N.W. | 321 South Boston Avenue |
| Suite 803E | Tulsa, OK   74103 |
| Washington, D.C.   20004 | Tel: (918) 592-9830 |
| Tel: (202) 662-5212 | Fax: (918) 599-6311 |
| Fax: (202) 662-6291 | |
| | |
| Marc Falkoff, D.C. Bar # 491149 | Terry W. West |
| COVINGTON & BURLING | THE WEST LAW FIRM |
| 1330 Avenue of the Americas | P.O. Box 698 |
| New York, NY 10019 | Shawnee, OK   74802 |
| Tel: (212) 841-1166 | Tel: (405) 275-0040 |
| Fax: (646) 441-9166 | Fax: (405) 275-0052 |
| /s/ Anne J. Castle | Of Counsel |
| Anne J. Castele, CO #11202 | Barbara J. Olshansky ( N.Y State Bar #3635) |
| Scott S. Barker, CO #11177 | CENTER FOR CONSTITUTIONAL |
| J. Triplett Mackintosh, CO #22359 |      RIGHTS |
| William E. Murane, CO #2676 | 666 Broadway |
| Douglas L. Abbott, CO #18683 | New York, NY   10012 |
| Hamid M. Khan, CO #34139 | Tel: (212) 614-6439 |
| Danielle R. Voorhees, CO #35929 | |
| Valerie L. Simmons, CO #30218 | |
| Barry C. Bartel, CO #23040 | |
| Jonathan S. Bender, CO #33979 | |
| Nicole P. Livolsi, CO #36267 | |
| HOLLAND & HART LLP | |
| 555 Seventeenth Street | |
| Suite 3200 | |
| Denver, CO   80202 | |
| Tel: (303) 295-8000 | |
| Fax: (303) 295-8261 | |