IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, )<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | Civil Action No. 05-01429 (RMU) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on July 19, 2006, a copy of the Supplemental Memorandum in Support of Petitioners' Opposition to the Government's Motion to Examine Privileged Communications Seized Without Notice or Approval and Motion to Show Cause Why Respondents Should Not Be Held in Contempt was delivered to the Court Security Officer for clearance for public filing.

The Supplemental Memorandum provides additional detail in support of Petitioner's opposition to the government's motion and in support of Petitioner's motion to show cause.

The Supplemental Memorandum will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated:    July 19, 2006
         Washington, DC

                                                        Respectfully submitted,

/s/ Marc D. Falkoff
Marc D. Falkoff, *pro hac vice*
DC Bar No. 491149
College of Law
Northern Illinois University
2166 Broadway #12A
New York, NY 10024
(347) 564-5043 (tel)
(917) 441-0904 (fax)

David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Tel: (202) 662-5212
Fax: (202) 778-5212