# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, | ) ) ) ) |
| *Petitioners*, | ) ) ) |
| *v.* | Civil Action No. 05-01429 (RMU) ) ) |
| **GEORGE W. BUSH**, *et al.*, | ) ) |
| *Respondents*. | ) ) ) ) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on April 11, 2007 at 11:30 a.m., a copy of Petitioners' Motion for Stay-and-Abey Order was delivered to the Court Security Officer for clearance for public filing.

The Motion for Stay-and-Abey Order requests that the Court stay Petitioners' habeas petitions and hold them in abeyance pending exhaustion of Petitioners' claims under the Detainee Treatment Act and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), or the Supreme Court's resolution of the same jurisdictional issue as presented in a pending petition for certiorari before judgment in *Hamdan v. Rumsfeld*, No. 06-1169, and an original habeas petition in *In re Ali*, No. 06-1194.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Respectfully submitted,

_____/s/_____
Marc D. Falkoff, *pro hac vice*
D.C. Bar. No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (tel)

David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-5212 (tel)
(202) 778-5212 (fax)

Counsel for Petitioners

April 11, 2007
Washington, DC