IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.*, | )<br>)<br>) |
| *Petitioners*, | )<br>) Civil Action No. 05-01429 (RMU) |
| *v.* | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| *Respondents*. | ) |

## **(PROPOSED) ORDER**

The Court having considered Petitioners' Motion for Stay-and-Abey Order,

IT IS HEREBY ORDERED that the Motion is granted; it is further

ORDERED that this action shall be stayed and held in abeyance pending Petitioners' exhaustion of those remedies and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) ("*Boumediene I*"), or the Supreme Court's resolution of the same jurisdictional issue as presented in a pending petition for certiorari before judgment in *Hamdan v. Rumsfeld*, No. 06-1169, and an original habeas petition in *In re Ali*, No. 06-1194.

Dated: _____      _____
                            Ricardo M. Urbina
                            United States District Judge