DOJ cleared for public filing 4/19/07

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, | ) <br> ) <br> ) <br> ) |
| *Petitioners*, | ) <br> ) |
| *v.* | Civ. No. 05-01048 (RMU) <br> ) <br> ) |
| **GEORGE W. BUSH**, *et al.*, | ) <br> ) |
| *Respondents*. | ) <br> ) <br> ) |

| | |
|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, | ) <br> ) <br> ) |
| *Petitioners*, | ) <br> ) |
| *v.* | Civ. No. 05-01429 (RMU) <br> ) <br> ) |
| **GEORGE W. BUSH**, *et al.*, | ) <br> ) |
| *Respondents*. | ) <br> ) <br> ) |

| | |
|---|---|
| **HASSAN BIN ATTASH**, *et al.*, | ) <br> ) |
| *Petitioners*, | ) <br> ) |
| *v.* | Civ. No. 05-01592 (RCL) <br> ) <br> ) |
| **GEORGE W. BUSH**, *et al.*, | ) <br> ) |
| *Respondents*. | ) <br> ) |

**NOTICE OF FILING AND LODGING**

In connection with the motion to dismiss filed by Respondents this afternoon in
these and other habeas actions brought by Guantánamo detainees, Petitioners respectfully

submit for the Court's information and consideration (1) a pending motion to the D.C.

Circuit filed by the petitioners in *Al Odah v. United States* to stay the mandate in *Boume-*

*diene v. Bush*, 476 F.2d 981 (D.C. Cir. 2007) (Ex. A); (2) the *Al Odah* petitoners' pend-

ing motion to the D.C. Circuit to govern *Boumediene* (Ex. B); and (3) an emergency ap-

plication that the *Al Odah* petitioners have lodged with the Supreme Court (Ex. C) for

filing if the D.C. Circuit denies the relief that the *Al Odah* petitioners have requested.

In due course, Petitioners will file an opposition to Respondents' motion to dis-

miss, based in part on the pendency of the *Al Odah* motions and possible Supreme Court

application.

Respectfully submitted,

/s/ David H. Remes
David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-5212 (tel)
(202) 778-5212 (fax)

Marc D. Falkoff, *pro hac vice*
D.C. Bar. No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (tel)

Counsel for Petitioners

April 19, 2007
Washington, DC

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I served the foregoing on the counsel listed below by electronically filing this document with the Court's CM/ECF system:

Peter D. Keisler
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Attorneys for Respondents*

/s/ David H. Remes
David H. Remes