**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDULSALAM ALI ABDULRAHMAN AL HELA**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | **Civ. No. 05-01048 (RMU)** |
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | **Civ. No. 05-01429 (RMU)** |
| **HASSAN BIN ATTASH**, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | **Civ. No. 05-01592 (RCL)** |

**NOTICE AND SUMMARY OF FILING**

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on July 2, 2007 at 3:30 p.m., a copy of Petitioners' Further Notice of Ac-

tivity in Guantánamo Cases was delivered to the Court Security Officer for clearance for public filing.

The Notice argues that the Supreme Court's grant of certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), militates in favor of staying these actions at least until the Court decides *Boumediene*. The Notice also advises the Court that other Guantánamo detainees have filed motions to recall the D.C. Circuit's mandate ordering dismissal of their cases in light of the grant of certiorari in *Boumediene*.

The Notice will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Respectfully submitted,

/s/ David H. Remes
David H. Remes
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000

Marc D. Falkoff
D.C. Bar. No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043

Counsel for Petitioners