UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QAYED *et al.*, | : |
|     Petitioners/Plaintiffs, | : |
| v. | :    Civil Action No.: 05-0454 (RMU) |
| BUSH *et al.*, | : |
|     Respondents/Defendants. | : |
| AL-OSHAN *et al.*, | : |
|     Petitioners/Plaintiffs, | : |
| v. | :    Civil Action No.: 05-0520 (RMU) |
| BUSH *et al.*, | : |
|     Respondents/Defendants. | : |
| TUNAMI *et al.*, | : |
|     Petitioners/Plaintiffs, | : |
| v. | :    Civil Action No.: 05-0526 (RMU) |
| BUSH *et al.*, | : |
|     Respondents/Defendants. | : |
| SOHAIL, | : |
|     Petitioner/Plaintiff, | : |
| v. | :    Civil Action No.: 05-0993 (RMU) |
| BUSH *et al.*, | : |
|     Respondent/Defendants. | : |

FILED

SEP 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AL-KARIM *et al.*, | : |
|     Petitioners/Plaintiffs, | : |
|     v. | :    Civil Action No.: 05-0998 (RMU) |
| BUSH *et al.*, | : |
|     Respondents/Defendants. | : |
| AL-HELA *et al.*, | : |
|     Petitioners/Plaintiffs, | : |
|     v. | :    Civil Action No.: 05-1048 (RMU) |
| BUSH *et al.*, | : |
|     Respondents/Defendants. | : |
| ZALITA *et al.*, | : |
|     Petitioners/Plaintiffs, | : |
|     v. | :    Civil Action No.: 05-1220 (RMU) |
| BUSH *et al.*, | : |
|     Respondents/Defendants. | : |
| HATIM *et al.*, | : |
|     Petitioners/Plaintiffs, | : |
|     v. | :    Civil Action No.: 05-1429 (RMU) |
| BUSH *et al.*, | : |
|     Respondents/Defendants. | : |

AL SUBAIY *et al.*,

    Petitioners/Plaintiffs,

v.                                          Civil Action No.: 05-1453 (RMU)

BUSH *et al.*,

    Respondents/Defendants.

---

KIYEMBA *et al.*,

    Petitioners/Plaintiffs,

v.                                          Civil Action No.: 05-1509 (RMU)

BUSH *et al.*,

    Respondents/Defendants.

---

RABBANI *et al.*,

    Petitioners/Plaintiffs,

v.                                          Civil Action No.: 05-1607 (RMU)

BUSH *et al.*,

    Respondents/Defendants.

---

ALKHEMISI *et al.*,

    Petitioners/Plaintiffs,

v.                                          Civil Action No.: 05-1983 (RMU)

BUSH *et al.*,

    Respondents/Defendants.

| | |
|---|---|
| AL HALMANDY *et al.*,        : <br>     Petitioners/Plaintiffs,   : <br>     v.                          : <br> BUSH *et al.*,               : <br>     Respondents/Defendants.    : | Civil Action No.: 05-2385 (RMU) |
| AL-DELEBANY *et al.*,        : <br>     Petitioners/Plaintiffs,   : <br>     v.                          : <br> BUSH *et al.*,               : <br>     Respondents/Defendants.    : | Civil Action No.: 05-2477 (RMU) |
| NASEER *et al.*,             : <br>     Petitioners/Plaintiffs,   : <br>     v.                          : <br> BUSH *et al.*,               : <br>     Respondents/Defendants.    : | Civil Action No.: 06-1689 (RMU) |
| AL-ZARNOUQI *et al.*,        : <br>     Petitioners/Plaintiffs,   : <br>     v.                          : <br> BUSH *et al.*,               : <br>     Respondents/Defendants.    : | Civil Action No.: 06-1767 (RMU) |

# MEMORANDUM ORDER

## DISMISSING WITHOUT PREJUDICE THE PETITIONER'S CLAIMS

The petitioners in the above captioned cases are detainees or former detainees[1] held at the Guantanamo Bay Naval Station in Cuba. The petitioners assert that this court is empowered to grant their writs of habeas corpus pursuant to 28 U.S.C. § 2241. This circuit, however, has held that "[f]ederal courts have no jurisdiction" over habeas petitions of enemy combatants[2] detained at Guantanamo. *Boumediene v. Bush*, 476 F.3d 981, 984 (D.C. Cir. 2007). Accordingly, this court dismisses, without prejudice, the detainees' claims for lack of jurisdiction.

*[signature]*
RICARDO M. URBINA
United States District Judge

---

[1] Petitioners Rashid Abdul Mosleh Qayed, Civil Action No. 05-0454; Saleh Abdullah Al-Oshan, Musa Al Madany, Civil Action No. 05-0520; Nassar Mazyad Abdullah Al-Subaiy, Civil Action No. 05-1453; Sadik Ahmad Turkistani, Civil Action No. 05-1509; Abd Al Rahman Abdullah Al Halmandy, Inshanullah, Shamsulla, Civil Action No. 05-2385 have been released from Guantanamo, and their claims are moot. *See Qassim v. Bush*, 466 F.3d 1073, 1076-78 (D.C. Cir. 2006).

[2] To the extent petitioners challenge their designation as enemy combatants, Congress has made clear that this circuit, not the district court, has "exclusive jurisdiction to determine the validity of any final decision of a Combatant Status Review Tribunal that an alien is properly detained as an enemy combatant." 10 U.S.C. § 801 note; 28 U.S.C. § 2241(e).

5