# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QAYED *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-0454 (RMU) |
| BUSH *et al.*, | : | |
| Respondents/Defendants. | : | |

**FILED**

**SEP 2 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| AL-OSHAN *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-0520 (RMU) |
| BUSH *et al.*, | : | |
| Respondents/Defendants. | : | |

| | | |
|---|---|---|
| TUNAMI *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-0526 (RMU) |
| BUSH *et al.*, | : | |
| Respondents/Defendants. | : | |

| | | |
|---|---|---|
| SOHAIL, | : | |
| Petitioner/Plaintiff, | : | |
| v. | : | Civil Action No.: 05-0993 (RMU) |
| BUSH *et al.*, | : | |
| Respondent/Defendants. | : | |

AL-KARIM *et al.*,              :
                               :
    Petitioners/Plaintiffs,    :
                               :
    v.                         :        Civil Action No.: 05-0998 (RMU)
                               :
BUSH *et al.*,                 :
                               :
    Respondents/Defendants.    :

---

AL-HELA *et al.*,              :
                               :
    Petitioners/Plaintiffs,    :
                               :
    v.                         :        Civil Action No.: 05-1048 (RMU)
                               :
BUSH *et al.*,                 :
                               :
    Respondents/Defendants.    :

---

ZALITA *et al.*,              :
                               :
    Petitioners/Plaintiffs,    :
                               :
    v.                         :        Civil Action No.:  05-1220 (RMU)
                               :
BUSH *et al.*,                 :
                               :
    Respondents/Defendants.    :

---

HATIM *et al.*,              :
                               :
    Petitioners/Plaintiffs,    :
                               :
    v.                         :        Civil Action No.: 05-1429 (RMU)
                               :
BUSH *et al.*,                 :
                               :
    Respondents/Defendants.    :

| | | |
|---|---|---|
| AL SUBAIY *et al.*, | : | |
| Petitioners/Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.: 05-1453 (RMU) |
| | : | |
| BUSH *et al.*, | : | |
| | : | |
| Respondents/Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| KIYEMBA *et al.*, | : | |
| | : | |
| Petitioners/Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.:  05-1509 (RMU) |
| | : | |
| BUSH *et al.*, | : | |
| | : | |
| Respondents/Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| RABBANI *et al.*, | : | |
| | : | |
| Petitioners/Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.: 05-1607 (RMU) |
| | : | |
| BUSH *et al.*, | : | |
| | : | |
| Respondents/Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| ALKHEMISI *et al.*, | : | |
| | : | |
| Petitioners/Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.: 05-1983 (RMU) |
| | : | |
| BUSH *et al.*, | : | |
| | : | |
| Respondents/Defendants. | : | |
| | : | |

AL HALMANDY *et al.*,                    :

    Petitioners/Plaintiffs,          :

        v.                          :          Civil Action No.: 05-2385 (RMU)

BUSH *et al.*,                           :

    Respondents/Defendants.          :

---

AL-DELEBANY *et al.*,                    :

    Petitioners/Plaintiffs,          :

        v.                          :          Civil Action No.: 05-2477 (RMU)

BUSH *et al.*,                           :

    Respondents/Defendants.          :

---

NASEER *et al.*,                         :

    Petitioners/Plaintiffs,          :

        v.                          :          Civil Action No.: 06-1689 (RMU)

BUSH *et al.*,                           :

    Respondents/Defendants.          :

---

AL-ZARNOUQI *et al.*,                    :

    Petitioners/Plaintiffs,          :

        v.                          :          Civil Action No.: 06-1767 (RMU)

BUSH *et al.*,                           :

    Respondents/Defendants.          :

## JUDGMENT ORDER

### DISMISSING WITHOUT PREJUDICE THE PETITIONERS' CLAIMS

For the reasons set forth in the court's Memorandum Order issued on September 20, 2007, it is this 21st day of September, 2007, hereby

**ORDERED** that the petitioners' claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge