UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED AL DARBY, <br>     *et al.*, <br>         Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br>     President of the United States, <br>     *et al.*, <br>         Respondents. | Civil Action No. 05-2371 (RCL) |

## ORDER

Until a final ruling is made on this Court's jurisdiction, the petitioner's motion [24] for an order requiring notice of transfer or return, and petitioner's motion [25] for an order requiring factual returns are both denied, without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 8, 2007.

