# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RIDOUANE KHALID, et al.,    )
    )
    )
    **Petitioners,**    )
    )
    **v.**    )    **Civ. Action No. 04cv1142 (RJL)**
    )
GEORGE WALKER BUSH, et al.,    )
    )
    **Respondents.**    )

**FILED**

**AUG 0 6 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of our Circuit's recent decision in *Boumediene v. Bush*, D.C. Circuit Nos. 05-5062, 05-5064, which concluded that this Court lacks jurisdiction over cases of this type, and in light of the United States Supreme Court's decision to grant *certiorari*, it is, this 5 day of August, 2007, hereby

**ORDERED** that the above-captioned matter is stayed pending resolution of all appeals in *Khalid v. Bush*, No. 04-cv-1142(RJL), *Boumediene v. Bush*, No. 04-cv-1166 (RJL), and the *In re Guantanamo Bay Detainee Cases*, No. 02-cv-299, *et al.*

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

