# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAEED MOHAMMED SALEH HATIM, :
*et al.*, :
:
    Petitioners/ :
    Plaintiffs, :
:
    v. :   Civil Action No.:   05-1429 (RMU)
:
GEORGE W. BUSH *et al.*, :   Document Nos.:   3
:
    Respondents/ :
    Defendants :

## ORDER

Upon consideration of the petitioner's consent motion for entry of a protective order, it is this 28th day of July, 2005

**ORDERED** that the motion is granted. The court **ENTERS** by way of reference the protective ordered previously entered in the other Guantanamo detainee cases. *E.g.*, Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, *In re Guantanamo Detainee Cases*, No. 02-0299 (D.D.C. Oct. 8, 2004).

**SO ORDERED.**

                                                RICARDO M. URBINA
                                             United States District Judge


EXHIBIT B