## Perryman, Skye

| | |
|---|---|
| **From:** | Remes, David |
| **Sent:** | Tuesday, September 25, 2007 2:13 PM |
| **To:** | 'Warden, Andrew (CIV)' |
| **Cc:** | Knott, Jason; Perryman, Skye |
| **Subject:** | Urbina Reconsideration Motion |
| **Attachments:** | Al-Hela - Motion to Reconsider.pdf; Al-Hela - Mot to Reconsider Proposed Order.pdf; Exhibit A.pdf; Exhibit B.pdf; Exhibit C.pdf; Exhibit D.pdf; Exhibit E.pdf; Exhibit F.pdf; Exhibit G.pdf; Exhibit H.pdf; Exhibit I.pdf; Exhibit P.pdf; Exhibit J.pdf; Exhibit K.pdf; Exhibit L.pdf; Exhibit M.pdf; Exhibit N.pdf; Exhibit O.pdf |

Andrew,

Attached are the reconsideration motion, proposed order, and exhibits, which we have just filed. Please regard this as service and distribute internally as appropriate. Please note that there will be no final order in our cases until Judge Urbina rules on our motion to reconsider and vacate. See Int'l Ctr. for Tech. Assessment v. Leavitt, 468 F. Supp. 2d 200, 205-06 (D.D.C. 2007); Am. Fed'n of Gov't Employees v. D.C. Fin. Responsibility & Mgt. Assistance Auth., 133 F. Supp. 2d 75, 83-84 & n.4 (D.D.C. 2001); Accordingly, the habeas protective order, counsel access rules, advance notice requirement, and similar orders entered by the district court in the Al-Hela and Hatim cases continue in force. Please so advise the privilege review team and GTMO and other pertinent authorities.

Best regards,

David





EXHIBIT E

1