## Remes, David

**From:** Warden, Andrew (CIV) [Andrew.Warden@usdoj.gov]
**Sent:** Tuesday, September 25, 2007 3:54 PM
**To:** Remes, David
**Cc:** Knott, Jason; Perryman, Skye
**Subject:** RE: Urbina Reconsideration Motion

David,

Thanks for the service copies. Our position regarding application of the district court counsel access regime has not changed since my e-mail to you on Friday.

Best regards,

Andrew


Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470



EXHIBIT F