# EXHIBIT 2

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-1236**  **September Term, 2007**

**Filed On:**

Ahmmed Ghulam Rabbani,
    Petitioner

v.

Robert M. Gates, U.S. Secretary of Defense,
    Respondent

---

07-1237

Abdul Raheem Ghulam Rabbani,
    Petitioner

v.

Robert M. Gates, U.S. Secretary of Defense,
    Respondent

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   OCT - 1 2007

         CLERK
```

**BEFORE:** Henderson, Tatel, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion for immediate entry of stipulated interim protective order, it is

**ORDERED** that the protective order entered by this court in <u>Bismullah v. Gates</u> and <u>Parhat v. Gates</u>, Nos. 06-1197 and 06-1397, on July 30, 2007, including any subsequent modifications approved by the court, be entered in the above-referenced cases pending further order of the court.

<u>Per Curiam</u>

*KLH*
*DST/eur*
*BK*

TOTAL P.002