*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, *et al.*, <br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | 04-CV-1254 (HHK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | 05-CV-1048 (RMU) (AK) |
| SAEED MOHAMMED SALEH HATIM, *et al.*, <br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | 05-CV-1429 (RMU) (AK) |

**NOTICE OF NON-OPPOSITION TO RESPONDENTS'
MOTIONS TO DESIGNATE PARAGRAPH 9 OF BUZBY
DECLARATION AS "PROTECTED INFORMATION"**

Having reviewed the declaration submitted by Respondents in support of their motions in the above-captioned cases to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motions. Petitioners, however, continue to believe that designating the information in paragraph 9 as "protected" is unjustified.

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

Dated: Washington, D.C.
March 10, 2008

                                          Respectfully submitted,

                                          ._____/s/_____.
                                        David H. Remes
                                        D.C. Bar No. 370782
                                        Covington & Burling
                                        1201 Pennsylvania Ave. NW
                                        Washington, DC 20004
                                        202-662-5212 (tel)
                                        202-778-5212 (fax)

                                        Marc D. Falkoff
                                        D.C. Bar No. 491149
                                        Northern Illinois University
                                        College of Law
                                        DeKalb, IL  60115
                                        815-753-0660 (tel)
                                        815-753-9301 (fax)