THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: </br></br>GUANTÁNAMO BAY </br>DETAINEE LITIGATION | ) </br>) </br>) Misc. No. 08-442 (TFH) </br>) </br>) </br>) Civ. No. 05-cv-1429 (UNA) </br>) |

NOTICE OF APPEARANCE

Please take notice and enter the appearance of S. William Livingston, Covington & Burling LLP, as additional counsel for Petitioners.

                                          S. William Livingston
                                          D.C. Bar No. 59055
                                          COVINGTON & BURLING LLP
                                          1201 Pennsylvania Ave., NW
                                          Washington, DC 20004
                                          (202) 662-5380 (tel)
                                          blivingston@cov.com

                                          Counsel for Petitioners

August 28, 2008
Washington, DC