THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| IN RE: | ) | Misc. No. 08-442 (TFH) |
|  | ) |  |
| GUANTÁNAMO BAY | ) |  |
| DETAINEE LITIGATION | ) | Civ. No. 05-cv-1429 (RMU) |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE**

Please take notice and enter the appearance of Anna E. Cross, Covington & Burling LLP, as additional counsel for Petitioners.

                                                  /s/
                                       Anna E. Cross
                                       D.C. Bar No. 494788
                                       COVINGTON & BURLING LLP
                                       1201 Pennsylvania Ave., NW
                                       Washington, DC 20004
                                       (202) 662-5310 (tel)
                                       across@cov.com

September 16, 2008
Washington, DC