**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAEED MOHAMMED SALEH HATIM, *et al.*, | ) ) ) |
| *Petitioners,* | ) ) |
| *v.* | ) )  Civil Action No. 05-1429 ~~(RMU)~~ (RCL) |
| BARACK H. OBAMA, *et al.*, | ) ) |
| *Respondents.* | ) ) |

[PROPOSED]
ORDER *

Upon consideration of Petitioner's Unopposed Motion for Status Conference,

it is hereby

**ORDERED** that the Motion is **GRANTED**.  A Status Conference will be held

on ___May 3, 2013 at 9:30 a.m.___

**SO ORDERED.**

*Royce C. Lamberth*
~~RICARDO M. URBINA~~
United States District Judge

Date: ___4/18/13___

\* Case was reassigned on 4/17/13.