UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 03 2013
Clerk, U.S. District and
Bankruptcy Courts

SAEED MOHAMMED SALEH HATIM, *et al.*,

  *Petitioners*,

v.

BARACK H. OBAMA, *et al.*,

  *Respondents*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-1429 (RCL)

~~[PROPOSED]~~ᵉ
ORDER

It is hereby ordered that the following schedule shall apply to this case:

| | |
|---|---|
| August 30, 2013 | Completion by Government of document searches and disclosures, and filing of amended return. |
| September 6, 2013 *10:00 a.m.* | Conference with Court to resolve any discovery disputes. ~~[Petitioner proposes September 11, or such other date as is convenient for the Court.]~~ |
| October 7, 2013 | Completion of discovery. |
| October 21, 2013 | Disclosure by each side of any new evidence to be offered in the case. |
| November 4, 2013 | Disclosure by each side of any new evidence to rebut evidence disclosed on October 21, 2013. |
| November 15, 2013 | Disclosure of the identity of any witnesses who will testify live at the hearing. |
| November 15, 2013 | Simultaneous filing of prehearing briefs. |
| November 27, 2013 | Simultaneous filing of reply briefs. |
| December 18, 2013 *10:00 a.m.* | Hearing on habeas petition. |

*[signature]* C. Lamberth
U.S.D.J.   5/3/13

DC: 4807145-1