UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAEED MOHAMMED SALEH
HATIM (ISN 255), *et al.*,

Petitioners,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 05-01429 (RCL)

[~~PROPOSED~~] ORDER

Upon consideration of the parties' Joint Status Report, in which they report that the United States has relinquished custody of Petitioner Saeed Mohammed Saleh Hatim (ISN 255) ("Petitioner") and transferred him to the control of the Government of Oman, and the parties' agreement that Petitioner's petition for habeas corpus is therefore moot and should be dismissed, it is hereby **ORDERED** that:

Petitioner's [Hatim's] Petition for a Writ of Habeas Corpus is hereby **DISMISSED**.

_____
The Honorable Royce C. Lamberth
United States District Judge